UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:04-cr-5364 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| PARMINDER SINGH BRAR, ) | PASSPORT |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having been remanded to the custody of the U. S. Marshal,

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

IT IS SO ORDERED.

**Dated:   March 9, 2006**                          **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE